UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERYME MORGAN,

    Plaintiff,

v.                              Case No. 13-cv-882-JPG-SCW

JOANN MOORE,

    Defendants.

## MEMORANDUM AND ORDER

    This matter comes before the Court on the Stipulation of Dismissal (Doc. 80) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **without costs** and **DIRECTS** the Clerk of Court to close this case. This order renders **MOOT** Moore's motion for summary judgment (Doc. 62) and Magistrate Judge Williams' Report and Recommendation on that motion (Doc. 77).

**IT IS SO ORDERED.**
**DATED: August 1, 2016**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**